UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CURTIS ALEXANDER MOHAMMED,

    Plaintiff,

v.                                      Case No. 4:19cv464-MCR-HTC

ALAN DAVIS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, Curtis Alexander Mohammed, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983 on September 18, 2019. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the complaint be dismissed for failure to prosecute or to follow orders of the Court.

The Court conducted an initial review of this case, and, by order dated September 26, 2019, found the complaint deficient in several ways and not on the proper forms. ECF Doc. 3. The Court also found that Plaintiff had failed to pay the filing fee or to file a motion to proceed *in forma pauperis*. The Court therefore directed Plaintiff to file, by October 26, 2019, an amended complaint on the court

form or file a notice of voluntary dismissal and to either pay the full $400.00 filing fee or file a complete application to proceed *in forma pauperis*. Plaintiff did not comply with any of the requirements of the September 26 order.

Thus, the Court entered an order on November 5, 2019, directing Plaintiff to show cause by November 26, 2019 why the case should not be recommended for dismissal. ECF Doc. 4. Plaintiff was warned that "failure to comply with this order as instructed may result in a recommendation that this case be dismissed." *Id.* The Plaintiff has not filed any response to the Court's November 5 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of December, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:19cv464-MCR-HTC