# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CURTIS ALEXANDER MOHAMMED,**

    **Plaintiff,**

**v.**

                                **CASE NO. 4:19cv464-MCR-HTC**

**ALAN DAVIS,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated December 10, 2019. ECF No. 5. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is **ADOPTED** and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and comply with a Court order.

3. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 13th day of January 2020.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**